GEORGE SHELTRA *v.* DON CARPENTER ET AL.
January Term, 1930.

Present: POWERS, C. J., SLACK, MOULTON, and THOMPSON, JJ., and GRAHAM, Supr. J.

Opinion filed February 5, 1930.

*Porter, Witters & Longmoore* for the plaintiff.

*Searles, Graves & Waterman* for the defendants.

GRAHAM, Supr. J.   This is an action for negligence which below was consolidated with the case of *Carl Labor, b. n. f.* v. *Don Carpenter et al., ante* page 418.   It was tried below and heard here with that case, and involves the same questions. For the reasons specified in our opinion in that case, judgment in this case is *Affirmed.*